UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-22037-CIV-ALTMAN/Reid

JESUS GONZALEZ,

    Plaintiff,

vs.

VITAFOODS ENTERPRISES IV, LLC d/b/a
Fuddruckers at 15400 SW 88th Street, and
GEMINI CAPITAL ACQUISITIONS OF
DELAWARE, LLC

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to So. Dist. Local Rule 16.4 and this Court's Order [DE 13], the parties, by and through undersigned counsel, notify the Court that they have reached full settlement of this matter without necessity of a videoconference, and respectfully request that the Court accept this Joint Notice of Settlement as full compliance with DE 13. The parties are in the process of finalizing the formal settlement and dismissal documents, which they will file no later than August 31, 2022.

Respectfully submitted this 23rd day of August, 2022.

By: /s/Linda J. Ehrlich  
Linda J. Ehrlich, Esq.  
Fla. Bar No. 318604  
E-mail: orechetdin@aol.com  
Linda J. Ehrlich, P.A.  
7000 W. Palmetto Park RD, Ste.210  
Boca Raton, FL   33433  
Tel.:561-221-6931/Fax:561-392-9573  
Attorney for Defendant Vitafoods  

By: /s/ J. Courtney Cunningham  
J. Courtney Cunningham, Esq.  
Fla. Bar No. 628166  
E-mail:  cc@cunninghampllc.com  
J. Courtney Cunningham, PLLC  
8950 SW 74th CT, Ste. 2201  
Miami, FL   33156  
Telephone: 305-351-2014  
Counsel for Plaintiff

    By: /s/*Evan Zuckerman*
        Evan Zuckerman, Esq.
        Fla. Bar No. 52974
        E-mail:  EZuckerman@Florida-Law.com
        Vernis & Bowling of Broward, P.A.
        5821 Hollywood Blvd.
        Hollywood, FL    33021
        Telephone:  954-927-5330
        Facsimile:   954-927-5320
        Attorneys for Defendant Gemini