UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22037-ALTMAN/Reid

**JESUS GONZALEZ**,

    *Plaintiff*,

v.

**VITAFOODS ENTERPRISES IV, LLC**
**d/b/a FUDDRUCKERS AT 15400 SW 88 STREET**, *et al.*

    *Defendants*.
_____/

## ORDER

The parties have settled this case. *See* Joint Notice of Settlement [ECF No. 14]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties. The parties shall file a stipulation of dismissal by **August 31, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 24th day of August 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record