UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-22037-CIV-ALTMAN/Reid

JESUS GONZALEZ,

    Plaintiff,

vs.

VITAFOODS ENTERPRISES IV, LLC d/b/a
Fuddruckers at 15400 SW 88th Street, and
GEMINI CAPITAL ACQUISITIONS OF
DELAWARE, LLC

    Defendants.
_____/

## **STIPULATION OF DISMISSAL *WITH PREJUDICE***

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff JESUS GONZALEZ files his dismissal *with prejudice* of this action as to Defendant VITAFOODS ENTERPRISES IV, LLC ("Defendant Vitafoods"), and as to Defendant GEMINI CAPITAL ACQUISITIONS OF DELAWARE, LLC ("Defendant Gemini"), to which Defendants stipulate. Plaintiff and Defendant Vitafoods stipulate further to retention by the Court of jurisdiction to enforce the terms of the Stipulation of Settlement filed by Plaintiff and Defendant Vitafoods as an exhibit to this Stipulation of Dismissal *with Prejudice.*

Respectfully submitted this 29th day of August, 2022.

| | |
|---|---|
| By: */s/Linda J. Ehrlich* | By: */s/ J. Courtney Cunningham* |
| Linda J. Ehrlich, Esq. | J. Courtney Cunningham, Esq. |
| Fla. Bar No. 318604 | Fla. Bar No. 628166 |
| E-mail: orechetdin@aol.com | E-mail: cc@cunninghampllc.com |
| Linda J. Ehrlich, P.A. | J. Courtney Cunningham, PLLC |
| 7000 W. Palmetto Park RD, Ste.210 | 8950 SW 74th CT, Ste. 2201 |
| Boca Raton, FL   33433 | Miami, FL   33156 |
| Tel.:561-221-6931/Fax:561-392-9573 | Telephone: 305-351-2014 |
| Attorney for Defendant Vitafoods | Counsel for Plaintiff |

By: /s/*Evan Zuckerman*
   Evan Zuckerman, Esq.
   Fla. Bar No. 52974
   E-mail:  EZuckerman@Florida-Law.com
   Vernis & Bowling of Broward, P.A.
   5821 Hollywood Blvd.
   Hollywood, FL   33021
   Telephone:  954-927-5330
   Facsimile:   954-927-5320
   Attorneys for Defendant Gemini