## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-cv-22037-ALTMAN/Reid

**JESUS GONZALEZ**,

     *Plaintiff*,

*v.*

**VITAFOODS ENTERPRISES IV, LLC**
**d/b/a FUDDRUCKERS AT 15400 SW 88 STREET**, *et al.*,

     *Defendants.*

_____/

### ORDER

     The parties have filed a Stipulation of Dismissal with Prejudice [ECF No. 16] under Federal Rule of Civil Procedure 41(a)(1). Being fully advised, the Court hereby

     **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to. This action shall remain closed, but the Court will **RETAIN** jurisdiction to enforce the Stipulation of Settlement [ECF No. 16-1].

     **DONE AND ORDERED** in the Southern District of Florida, this 13th day of September 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record